

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 23, 2024

**BY EMAIL**
The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
New York, New York 10007

      Re:    *United States v. Timy Hakim and Isaiah Okere*, 21 Cr. 259 et al.

Dear Judge Wang:

      On April 19, 2021, a Grand Jury in this district returned superseding indictment "S2 21 Cr. 259," charging defendants Timy Hakim and Isaiah Okere with wire fraud conspiracy, in violation of 18 U.S.C. § 1349; wire fraud, in violation of 18 U.S.C. §§ 1343 and 2; money laundering conspiracy, in violation of 18 U.S.C. § 1956(h); and money laundering, in violation of 18 U.S.C. §§ 1956 and 2. The Grand Jury also charged Hakim and Okere with the same offenses individually via indictment ("21 Cr. 259") and superseding indictment ("S1 21 Cr. 259"), respectively. Mr. Hakim's prosecution was resolved through a guilty plea and sentencing. The S1 and S2 indictments were partially sealed pending Mr. Okere's apprehension and extradition. Mr. Okere has been extradited from South Africa and will be presented later today. Accordingly, the Government respectfully requests that the S1 and S2 indictments in this matter be fully unsealed.

                                Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

                By:    /s/_____
                          Vladislav Vainberg
                          Assistant United States Attorney
                          (212) 637-1029

Granted.

*[Signature]*

Aug. 23, 2024