# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LegalMCG.COM

October 11, 2024

<u>VIA ECF</u>

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> **MEMO ENDORSEMENT.**
> The terms of supervised release are modified to permit Mr. Okere to attend church services at St. Martha's Catholic Church only on Sundays (except by further leave of Court), returning promptly after services are completed.
>
> 10/11/2024
>
> SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Isaiah Okere*, 21-cr-259(LJL)

Dear Judge Liman,

    I represent Isaiah Okere in the above-captioned matter. I write to respectfully request a modification of Mr. Okere's release conditions. Specifically, I am requesting that Mr. Okere be permitted to attend church services at St. Martha's Catholic Church, 546 Greengrove Ave, Uniondale, NY 11553 on Sundays or other times as approved by Pretrial Supervision. The Government consents to this request.

    Mr. Okere was released from custody earlier this week on October 9, 2024 and is residing with his sister and her husband in Roosevelt, NY at their home. Under the terms of his release, he is subject to home incarceration, which restricts him to "24-hour-a-day lock-down at [his] residence except for medical necessities and court appearances or other activities specifically approved by the court…" Appearance Bond, Dkt. 126 at 5. Mr. Okere seeks permission to leave his home to attend church services with his sister and her husband.

    I thank the Court in advance for its consideration of this matter.

Sincerely,

*[signature]*

Daniel McGuinness