# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LegalMCG.COM

January 8, 2025

**VIA ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> REQUEST GRANTED IN PART.
> The Sentencing hearing previously set for January 14, 2025 is rescheduled to March 5, 2025 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 1/10/2025   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Isaiah Okere*, 21-cr-259(LJL)

Dear Judge Liman,

    I represent Isaiah Okere in the above-captioned matter. I write to respectfully request a 60-day adjournment of sentencing, which is currently scheduled for January 14, 2025. This is the first such request. The government consents to this request. I respectfully request the sentencing be adjourned to March 11, 12, 18 or 19, if any of those dates are available and convenient for the Court. The reason for this request is that Mr. Okere is from South Africa and this has caused a delay in my ability to collect the necessary documents and information related to sentencing. Mr. Okere has remained fully compliant with all aspects of his pretrial release conditions.

    I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel McGuinness