# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 • FAX (888) 679-0585 • DAN@LegalMCG.COM

April 17, 2025

**VIA ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> REQUEST GRANTED.
> The Court approves the modification to Mr. Okere's conditions of release to allow him to travel to the designated facility and directs Pretrial Services to return Mr. Okere's passport to him.
>
> 4/18/2025   SO ORDERED.
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Isaiah Okere*, 21-cr-259(LJL)

Dear Judge Liman,

    I represent Isaiah Okere in the above-captioned matter. I write to respectfully request a modification of Mr. Okere's release conditions to allow for travel to his designated facility and for return of his passport for the same reason. Mr. Okere has been designated by the Bureau of Prisons to serve his term at Rochester FMC in Rochester, MN. His surrender date is April 22, 2025. I am informed by Pretrial Services that an Order from this Court is necessary to modify his release conditions to permit him to travel to the facility for voluntary surrender. I am further informed by Pretrial Services than an Order is required to release Mr. Okere's passport to him so that he may travel to his designated facility. As such, to facilitate Mr. Okere's voluntary surrender to Rochester FMC, I respectfully request that Pretrial Services return Mr. Okere's passport to him and that Mr. Okere be permitted to travel to Rochester FMC on April 21 or 22, 2025 pursuant to travel plans approved by Pretrial Services.

    I thank the Court in advance for its consideration of this matter.

Sincerely,

*[signature]*

Daniel McGuinness

Cc: All counsel (via ECF)